HONORABLE H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA CARPENTERS HEALTH AND WELFARE FUND, *et al.* <br><br> Plaintiffs, <br> vs. <br><br> SMITH MASONRY, INC., <br><br> Defendant. | Case No. 3:11-CV-00213-HRH |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, Plaintiffs Alaska Carpenters Health and Welfare Fund, *et al.* provides the Court with Notice of Voluntary Dismissal Without Prejudice of all claims asserted against Smith Masonry, Inc. without fees and costs to either party.

Dated this 30th day of April, 2012.

       *s/ Frank J. Morales*
Frank J. Morales
McKENZIE ROTHWELL BARLOW & KORPI, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
E-mail: frankm@mrbklaw.com
ABA 0810059

## CERTIFICATE OF SERVICE

This will certify that on April 30, 2012, I caused the foregoing Notice of Voluntary Dismissal to be electronically filed with the Clerk of the Court using the CM/ECF system. The defendant has not appeared in this matter.

Dated this 30th day of April, 2012.

    s/ Frank J. Morales
Frank J. Morales, ABA 0810059
McKENZIE ROTHWELL BARLOW
  & KORPI, P.S.
1325 Fourth Ave., Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
E-mail: frankm@mrbklaw.com
ABA 0810059

NOTICE OF VOLUNTARY DISMISSAL – 2
*Alaska Carpenters Health and Welfare Fund, et al. v. Smith Masonry, Inc.*

4500 018 nd301208